U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 29 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| AUGUSTO DIAS MOREIRA,<br>Petitioner | CIVIL ACTION<br>NO. CV05-588-A |
| VERSUS | |
| ALBERTO GONZALES, et al.,<br>Respondents | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Moreira's petition for writ of habeas corpus is GRANTED and that Moreira be RELEASED FROM CUSTODY WITHIN TWENTY (20) DAYS FROM THE DATE OF JUDGMENT. Moreira's release may be conditioned on any of the various forms of supervised release that are appropriate in the circumstances, and he may be returned to custody upon violation of those conditions.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 29th day of December, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE